UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2017 APR -3  AM 10: 58
CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | FILE NO. 1:15-cr-112 |
| ) | |
| SCOTT ALBERT | |

### DEFENDANT SCOTT ALBERT'S MOTION TO REQUEST PERMISSION TO VIEW CONFIDENTIAL DOCUMENTS

NOW COMES the Defendant, Scott Albert, by and through his attorney, Robb Spensley, Esq. and hereby requests the Honorable Court to allow permission for Defendant and his Counsel to view Defendant's Psychosexual and Polygraph reports which are currently under the Court's purview, and resides with Defendant's Parole Officer, Michael Cusick. Mr. Cusick has stated that upon the Court granting permission he will relinquish said reports to Defendant and Counsel.

WHEREFORE, the Defendant, SCOTT ALBERT, requests that his REQUEST FOR PERMISSION TO VIEW CONFIDENTIAL DOCUMENTS be GRANTED.

Dated at Pittsford, County of Rutland and State of Vermont on this 28 day of March, 2017.

SCOTT ALBERT

By Counsel

Robb Spensley, Esq.
3232 US Rt. 7
Pittsford, VT 05763
robb@chadwicklawvt.com
(802) 725-8318